UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KIMBERLY SWEENY,                )
                                )
           Plaintiff,         )      Case No.: 2:15-cv-0053-GMN-PAL
   vs.                          )
                                )      **ORDER**
HORIZON SPECIALTY HOSPITAL,     )
                                )
           Defendant.         )
                                )

      Pending before the Court is the Report and Recommendation of United States Magistrate Judge Peggy A. Leen, (ECF No. 5), which states that this case should be closed.

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

      Here, no objections were filed, and the deadline to do so has passed.

      Accordingly,

      **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 5), is

1  **ADOPTED** in full.  The Clerk shall enter judgment accordingly and close the case.

2     **DATED** this 27th day of July, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court